Commonwealth ex rel. Thomas, Appellant, *v.* Maroney.

Submitted November 18, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Homer Thomas,* appellant, in propria persona.

*William Clancey Smith,* Assistant District Attorney, and *Edward C. Boyle,* District Attorney, for appellee.

OPINION PER CURIAM, December 14, 1960:

The order of the court below is affirmed on the opinion of President Judge MCNAUGHER, of the Court of Common Pleas of Allegheny County, as reported in 22 Pa. D. & C. 2d 595.